**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES RUSSELL
ADC #76167                                                                                                    PLAINTIFF

V.                                           NO: 5:06CV00237 GH/HDY

G. LAY *et al.*                                                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE